IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| IRENE PAPOUTSIS MULKERIN, | : | |
| | : | CASE NO. 1:24-bk-03264-HWV |
| Debtor. | : | |

## **ORDER**

Upon consideration of the Correspondence filed by the Debtor requesting appointment of an independent trustee, Doc. 16, and it appearing that this filing does not comply with the minimal pleading standards required by the Federal Rules of Bankruptcy Procedure including, but not limited to Rules 9004, 9013, or 9014; specifically, the filing does not meet the formal requirements for a motion or pleading, lacks a clear request for relief grounded in statutory authority, rule, or case law, and thus does not provide sufficient legal support for the relief sought, it is

**ORDERED** that the Court will not take any action with respect to this filing. The Debtor is advised that any future filings must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 18, 2024