UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 7
    Irene Papoutsis Mulkerin :
: Case No. 24-03264-HWV
               Debtor :

AFFIDAVIT OF DISINTEREST OF STEVEN M. CARR. ESQUIRE AND
THE LAW FIRM OF REAM CARR MARKEY WOLOSHIN & HUNTER LLP

On December 18, 2024, the undersigned, STEVEN M. CARR, ESQUIRE, and the Law Firm of Ream, Carr, Markey, Woloshin & Hunter, LLP, do affirm that:

1. The affiant proposes to be retained by the Trustee as Attorney for the Estate.
2. There exists no known adverse interest with the Debtor, Creditors, or other parties in interest of the Estate other than STEVEN M. CARR, ESQUIRE, is the appointed Trustee in this case.
3. That affiant has no knowledge or information that would render him or the firm unable to perform services to the standards of the profession for the Estate.

I declare under penalty of perjury that the facts contained in the foregoing Affidavit of Disinterest are true and correct to the best of my knowledge, information, and belief.

/s/ Steven M. Carr, Esquire
Steven M. Carr, Esquire
Attorney ID: 34336
119 East Market Street
York, PA 17401-1278
(717) 843-8968