UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

FILED
**December 19, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

In re:
Irene Mulkerin, Debtor.

Case No. 1:24-bk-03264 Chapter 7

**MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B)**

COMES NOW, the Debtor, Irene Mulkerin, pro se, and files this Motion to Extend the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)(B), and in support thereof states as follows:

1. **Jurisdiction and Background**

    1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. § 1408.

    2. **Filing History:**

        - The Debtor filed a previous Chapter 7 case (Case No. 1:24-bk-02752) on October 25, 2024.
        - That case was dismissed on December 17, 2024, due to the Debtor's failure to file Form 107, Statement of Financial Affairs.

    3. **Current Filing:**

        - The Debtor filed this Chapter 7 case on December 18, 2024, less than 12 months after the dismissal of the previous case.

2. **Legal Basis for Relief**

    1. **Applicable Law:** Under 11 U.S.C. § 362(c)(3)(A), the automatic stay expires 30 days after the filing of a subsequent bankruptcy case filed within 12 months of a previous dismissal. However, under § 362(c)(3)(B), the court may extend the automatic stay upon motion, provided the Debtor demonstrates that the new case was filed in good faith.

    2. **Presumption of Good Faith:** Pursuant to § 362(c)(3)(C), there is no presumption that this case was not filed in good faith because:

- The dismissal of the prior case was procedural and not the result of bad faith, delay, or abuse of the bankruptcy process.
- The Debtor has made good faith efforts to comply with all filing requirements in this new case.

3. **Basis for Good Faith Filing**

    1. **Reason for Previous Dismissal:** The prior case was dismissed solely because the Debtor inadvertently failed to file Form 107. The omission was unintentional and occurred during a period of significant personal and financial distress.

    2. **Corrective Actions:** The Debtor has now corrected this issue by including all required schedules and forms in this new filing and is fully prepared to comply with all requirements moving forward.

    3. **Good Faith Intentions:**

        - The Debtor filed this case in good faith to resolve overwhelming financial difficulties and to obtain a fresh start.
        - The Debtor is not attempting to delay or hinder creditors but rather seeks the protections afforded under the Bankruptcy Code to reorganize and protect her assets.

4. **Necessity of Extending the Automatic Stay**

    1. **Impact of Stay Termination:** Without the extension of the automatic stay, the Debtor will face immediate and irreparable harm, including:

        - Loss of the Debtor's home due to pending foreclosure.
        - Potential repossession of personal property critical to the Debtor's livelihood and basic needs.
        - Shut off of water, gas and/or electricity would create instability for debtor's 2 children.

    2. **Creditors Not Prejudiced:** Extending the stay will not prejudice creditors because the Debtor intends to fulfill all obligations under this Chapter 7 case and work cooperatively with the Trustee to resolve debts.

5. **Request for Expedited Hearing**

The Debtor respectfully requests an expedited hearing on this Motion pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure. Due to the 30-day limitation on the automatic stay under 11 U.S.C. § 362(c)(3)(A), a hearing on this Motion must be held before January 17, 2025, to preserve the Debtor's rights and avoid irreparable harm.

**PRAYER FOR RELIEF**

WHEREFORE, the Debtor respectfully requests that this Honorable Court:

1. Extend the automatic stay under 11 U.S.C. § 362(c)(3)(B) for the duration of this Chapter 7 case;
2. Grant a hearing on this Motion prior to January 17, 2025; and
3. Grant such other and further relief as this Court deems just and proper.

Respectfully Submitted,

Irene Mulkerin

Dated: December 19, 2024

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:
IRENE MULKERIN,
Debtor.

**Case No.:** 1:24-bk-03264
**Chapter:** 7

**ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY**

Upon consideration of the **Debtor's Motion to Extend the Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B)**, and good cause being shown, it is hereby:

**ORDERED**:

1. That the automatic stay under 11 U.S.C. § 362(a) is extended for the duration of this Chapter 7 bankruptcy case as to all creditors;
2. That all parties are enjoined from pursuing any collection actions against the Debtor or her property without further order of this Court; and
3. That the Court retains jurisdiction to enforce and interpret this Order.

Dated: _____

BY THE COURT:

HONORABLE HENRY VAN ECK
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**IRENE MULKERIN**,

Debtor.

Case No.: 1:24-bk-03264

Chapter 7

**CERTIFICATE OF SERVICE**

I, Irene Mulkerin, certify that I have served copies of the Motion to Extend the Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B), the proposed order, and this Certificate of Service upon the following parties via first-class U.S. mail, postage prepaid, on this date, December 19, 2024.

**Trustee and Relevant Parties:**

1. **Office of the United States Trustee**
   1501 N. 6th St.
   Harrisburg, PA 17102

2. **Robert E. Chernicoff**
   Cunningham, Chernicoff & Warshawsky, P.C.
   2320 North Second Street
   Harrisburg, PA 17110
   On behalf of The Andrew V. Papoutsis Irrevocable Trust dated December 13, 2012

3. **Brent C. Diefenderfer**
   CGA Law Firm
   135 North George Street
   York, PA 17401-1132
   On behalf of Lisa B. Wolfe & Keith E. Wolfe
   3240 Starlight Dr.
   York, PA 17402

1

4. **Steven M. Carr, Esquire**
   Ream, Carr, Markey, Woloshin & Hunter, LLP
   119 East Market Street
   York, PA 17401

**All Creditors:**

5. Freedom Mortgage Corporation
   10500 Kincaid Drive
   Fishers, IN 46037-9764

6. Orrstown Bank
   2695 Philadelphia Ave
   Chambersburg, PA 17201-7908

7. Garcia Appraisals Service, LLC
   221 Garland Drive
   Carlisle, PA 17013

8. West Shore Country Club
   100 Brentwater Road
   Camp Hill, PA 17011

9. Midland Credit Management
   350 Camino De La Reina, Suite 100
   San Diego, CA 92108

10. Citibank
    388 Greenwich Street
    New York, NY 10013

11. PPL Electric
    General Inquiries
    645 Hamilton St., Suite 601
    Allentown, PA 18101

12. American Water Company
    852 Wesley Dr.
    Mechanicsburg, PA 17055

2

13. Gran-U-Lawn
    183 Old York Road
    New Cumberland, PA 17070

14. UGI Utilities, Inc.
    P.O. Box 13009
    Reading, PA 19612

15. Bennett's Backyards
    800 Bentzel Road
    Lewisberry, PA 17339

16. Verizon
    P.O. Box 15124
    Albany, NY 12212

17. PACER – Public Access to Court Electronic Records
    P.O. Box 5208
    Portland, OR 97208

18. Capital One Credit Card
    P.O. Box 30285
    Salt Lake City, UT 84130

19. Internal Revenue Service
    Centralized Insolvency Operation
    P.O. Box 7346
    Philadelphia, PA 19101

20. PA Department of Revenue
    Department 280946
    Harrisburg, PA 17128

21. US Small Business Administration (SBA) Loan
    Office of General Counsel
    312 North Spring Street, 5th Floor
    Los Angeles, CA 90012

3

22. Bank of America
   100 North Tryon Street
   Charlotte, NC 28255

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2024

/s/ Irene Mulkerin
Irene Mulkerin
Debtor