# UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:

IRENE MULKERIN, Debtor

**Case No.: 1:24-bk-03264-HWV**

Chapter: 7

> FILED
> **January 6, 2025**
> Clerk, U.S. Bankruptcy Court
> Middle District of Pennsylvania
> Harrisburg

## MOTION FOR EXPEDITED CONSIDERATION OF DEBTOR'S MOTION FOR RULE 2004 EXAMINATION

**TO THE HONORABLE HENRY W. VAN ECK, UNITED STATES BANKRUPTCY JUDGE:**

The Debtor, Irene Mulkerin, respectfully moves this Court for an order shortening the time for objections and granting expedited consideration of her Motion for Rule 2004 Examination of Donald Kornfield, Esq. and Bradley Leber, Esq.. In support of this Motion, the Debtor states as follows:

### 1. Background

1. The Debtor filed her Motion for Rule 2004 Examination on January 6, 2025, seeking to examine Donald Kornfield (Trustee of the Andrew V. Papoutsis Irrevocable Trust) and Bradley Leber (Trust Protector and Distribution Advisor of the same trust).
2. The testimony and document production requested from these individuals are critical for the administration of the Debtor's bankruptcy estate and the resolution of issues central to the February 4, 2025, hearing.

### 2. Justification for Expedited Consideration

3. Under FRBP 2004 and Local Rule 2004-1, parties in interest are entitled to a 14-day objection period following service of the motion.
4. However, without expedited consideration, the standard objection timeline and subsequent court ruling would significantly delay the issuance of subpoenas and reduce the time available for proper service and compliance by Kornfield and Leber ahead of the scheduled hearing.
5. The February 4, 2025 hearing necessitates that the testimony and documents sought in the Rule 2004 motion are obtained in advance. A delay in obtaining court approval for the subpoenas risks prejudicing the Debtor's ability to prepare for and effectively participate in the hearing.

### 3. Relief Requested

The Debtor respectfully requests the Court to:

- Shorten the objection period for the Rule 2004 motion from 14 days to 10 days, making objections due by January 13, 2025.
- Issue an order on the Rule 2004 motion no later than January 17, 2025, to allow sufficient time for service to Leber and Kornfield by January 21, 2015, 14 days prior to hearing.

### 4. Legal Basis

FRBP 9006(c) authorizes the Court to reduce the notice period for motions. L.B.R. 9075-1 permits motions for expedited consideration when cause exists. The need to obtain testimony and documents from Donald Kornfield, Esq. and Bradley Leber, Esq., who possess information critical to the proper adjudication of the matters at issue in the February 4 hearing, constitutes good cause for expedited consideration under these rules.

### 5. Alternative Request for Scheduling Adjustment

The Debtor understands the Court's interest in ensuring adequate time for all parties to object and prepare for the Rule 2004 examinations. While the hearing is currently scheduled for February 4, 2025, if the Court determines that additional time is necessary to accommodate the interests of fairness and procedural due process, the Debtor is willing to consent to a brief adjustment of the hearing date.

However, given the time-sensitive nature of the issues and the Debtor's need to address bankruptcy obligations, the Debtor respectfully requests that any adjustment to the schedule be minimal to avoid undue delay in addressing the matters at hand.

## 5. Conclusion

WHEREFORE, the Debtor respectfully requests that this Court grant this Motion for Expedited Consideration and issue an order:

1. Shortening the objection period for the Motion for Rule 2004 Examination to 10 days.
2. Requiring objections to the motion to be filed no later than January 13, 2025.
3. Ruling on the Motion for Rule 2004 Examination by January 17, 2025.
4. If the Court deems additional time necessary for fairness, the Debtor consents to a minimal adjustment of the February 4, 2025, hearing date.
5. Granting such other and further relief as the Court deems just and proper.

**Dated:** January 6, 2025
/s/ Irene Mulkerin
**Irene Mulkerin, Pro Se**
1740 Adeline Drive
Mechanicsburg, PA 17050
irene.mulkerin@outlook.com