IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | CHAPTER 7 |
| IRENE PAPOUTSIS MULKERIN, | : | |
| | : | CASE NO. 1:24-bk-03264-HWV |
| Debtor. | : | |

## ORDER

Upon consideration of the Motion for Expedited Consideration filed by the Debtor, Doc. 69, it is

**ORDERED** that the Motion is **DENIED** for failure to meet the standard set forth in Federal Rule of Bankruptcy Procedure 9006(c). Parties in interest may file an objection or response to the Motion for 2004 Examination, Doc. 68, within 14 days from the date of this Order. A hearing on the Motion for 2004 Examination shall be held on **February 4, 2025** at **9:30 a.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 6, 2025