IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :   CHAPTER 7 |
| IRENE PAPOUTSIS MULKERIN, | : |
| | :   CASE NO. 1:24-bk-03264-HWV |
| Debtor. | : |

## **ORDER**

Upon consideration of the Motion for Examination under Rule 2004 of Donald L. Kornfield and Bradley J. Leber filed by the Debtor, Doc. 68, and all related filings, Docs. 109, 160, and the hearing held on February 4, 2025, for the reasons stated on the record, it is

**ORDERED** that the Motion is **DENIED**.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 4, 2025