UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 24-03264-HWV |
| Irene Papoutsis Mulkerin | : |
| | : |
| Debtor | : Chapter 7 |

## REQUEST TO CONTINUE HEARING/TRIAL WITHOUT CONCURRENCE

NOW COMES Trustee, Steven M. Carr, by and through his counsel, Steven M. Carr, Esquire, and respectfully requests this Honorable Court enter an Order continuing the status conference scheduled for Wednesday, March 19, 2025, at 1:00 p.m. on the Trustee's Motion to Compromise Claim and Debtor's Objection to Trustee's Motion to Comrpomise Claim, and in support thereof states as follows:

1. Debtor filed a voluntary Chapter 7 bankruptcy petition on December 18, 2024. (Docket No. 1)

2. The Trustee filed a Motion to Compromise Claim on December 19, 2024. (Docket No. 29)

3. Debtor filed an Objection to Trustee's Motion to Compromise Claim on January 2, 2025. (Docket No. 67)

4. The Trustee has regularly scheduled 341 Meetings set for that date and time.

5. Debtor does not concur with this request.

6. The Trustee requests this matter be continued to March 20, 2025, at 1:00 p.m. or any date thereafter as determined by the Court.

WHEREFORE, Steven M. Carr, Trustee, respectfully requests this Honorable Court enter an Order continuing the hearing scheduled for March 19, 2025.

Respectfully submitted,

/s/ Steven M. Carr

Steven M. Carr, Esq.
ID# 34336
Counsel for Debtor, Dawn F. Smith
Ream, Carr, Markey, Woloshin, and Hunter, LLP
119 East Market Street
York, PA 17401
Telephone: (717) 843-8968
Facsimile: (717) 846-4999