

Jessica Macek <jessmacek1@gmail.com>

# Fwd: Re: Immediate Request for Production of Documents and Information

**STEVEN CARR** <stevecarr8@comcast.net>  Sat, Feb 15, 2025 at 9:41 AM
To: "jessmacek1@gmail.com" <jessmacek1@gmail.com>

---------- Original Message ----------
From: STEVEN CARR <stevecarr8@comcast.net>
To: Irene Mulkerin <irene.mulkerin@outlook.com>
Date: 02/12/2025 11:15 AM MST
Subject: Re: Immediate Request for Production of Documents and Information

Ms. Mulkerin:

I am in receipt of your request.

I refer you to the court's of February 5, 2025, wherein the court gave you the right to seek "limited informal discovery based solely on the contents of the Trustee's report....Requests must be narrowly tailored to assess whether the Trustee exercised proper business judgment when evaluating the settlement."

"Discovery must be completed within 21 days."

"Trustee shall respond to all informal discovery requests, but has discretion over what is produced in response to those requests"

I will evaluate what you sent to me and respond in accordance with the foregoing parameters established by the court.

On 02/12/2025 11:01 AM EST Irene Mulkerin <irene.mulkerin@outlook.com> wrote:

Irene Mulkerin

1740 Adeline Drive

Mechanicsburg, PA 17050

February 12, 2025

VIA EMAIL & CERTIFIED MAIL

Steven M. Carr, Esq.

Attorney for the Trustee

119 East Market Street

York, PA 17401

Phone: (717) 843-8968

I.D. #34336

Re: Immediate Request for Production of Documents and Information

Dear Trustee Carr,

Pursuant to my rights as a party in interest, I formally request the production of the documents, records, and information outlined in the attached discovery requests. These requests pertain to the assertions, conclusions, and evaluative statements made in both your Written Report (filed February 11, 2025) and your Motion to Compromise Claim (or, alternatively, to Assume Executory Contract) (filed December 19, 2024).

Given the significance of this information and your fiduciary duties, I expect a complete and substantive response. If I do not receive a satisfactory response by close of business on February 13, 2025, I plan to promptly seek relief from the Court, compelling the production of this material.

For clarity and efficiency, I request that your response:

- Be in writing, referencing specific paragraphs or page numbers of the Written Report and Motion.
- Include all supporting documents (e.g., emails, meeting notes, valuation reports, expert opinions, communications with Special Counsel, internal memoranda).
- Specify the exact sources, dates, and individuals involved in forming each assertion or conclusion.

Please consider this a formal demand for transparency and compliance with all applicable disclosure requirements. I trust you will recognize the urgency and necessity of fulfilling this request without further delay.

I look forward to your immediate response.

Respectfully,

/s/ Irene Mulkerin
Irene Mulkerin, Pro Se
1740 Adeline Drive
[Mechanicsburg, PA 17050](#)

**Attachment:** Formal Discovery Requests