UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 24-03264-HWV |
|     Irene Papoutsis Mulkerin | : | |
| | : | |
|     Debtor | : | Chapter 7 |

## CHAPTER 7 TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO RELEASE OR APPLY ESCROW FUNDS

AND NOW, comes the Trustee, by his attorney, Steven M. Carr, Esquire, of the law firm of Ream, Carr, Markey & Woloshin, LLP, and files this Objection of which the following is a statement:

1. Objector is the duly appointed Trustee in the above-captioned Bankruptcy.

2. Debtor, via her Motion, seeks to have a settlement escrow deposit of $150,000.00.

3. The escrow deposit is part in a pre-petition settlement agreement signed by the Debtor and the other parties to the litigation, and which settlement would have created a lump sum payment to Debtor and a termination of Debtor's interest in the Papoutsis Trust.

4. While Chapter 7 Trustee has filed a Motion to Compromise Claim and/or to Assume Executory Contract of that very settlement agreement, Debtor has opposed the consummation to that settlement.

5. The escrow deposit is refundable by its very terms, and there is no legal basis by which Debtor can disavow the settlement and yet be awarded a portion of that settlement.

6. The deposit, to the extent that it is recoverable, is indeed property of the estate, and acknowledged to be so by Debtor.

7. The deposit, to the extent that it is recoverable, must be held for the benefit of creditors.

WHEREFORE, Chapter 7 Trustee prays that the Motion to be denied.

    Ream, Carr, Markey Woloshin & Hunter, LLP

    /S/ Steven M. Carr
    Steven M. Carr, Esquire
    Attorney for Trustee
    119 East Market Street
    York, PA 17401
    (717) 843-8968
    I.D. #34336