UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:
Irene P. Mulkerin, Debtor
Case No. 1:24-bk-03264-HWV
Chapter 7

FILED
**April 9, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

DECLARATION IN SUPPORT OF MOTION FOR RULE 2004 EXAMINATION OF PAPOUTSIS FAMILY LIMITED PARTNERSHIP AND ANDREW PAPOUTSIS

I, Irene P. Mulkerin, declare under penalty of perjury as follows:

1. I am the Debtor in this Chapter 7 case and a 32% limited partner in the Papoutsis Family Limited Partnership ("FLP").

2. Since the filing of this bankruptcy, I have repeatedly requested access to financial records of the FLP through formal filings and correspondence with counsel I believe representAndrew Papoutsis and/or FLP insiders, including in my Motion for Turnover and related briefing. These requests include:
   - The FLP's partnership agreement and any amendments,
   - Tax returns,
   - Capital account records,
   - Bank records,
   - Documentation of the $1.8 million sale of 225 Hanover Road.

3. To date, I have not received any of these documents. In addition, no one has confirmed who currently represents the FLP.

4. These documents are necessary to evaluate the estate's interest in the FLP, the value of my limited partnership stake, and whether funds have been diverted or mismanaged.

1 of 2

Case 1:24-bk-03264-HWV   Doc 313   Filed 04/09/25   Entered 04/09/25 14:21:22   Desc
Main Document   Page 1 of 2

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:
IRENE MULKERIN, Debtor
Case No.: 1:24-bk-03264-HWV
Chapter 7

## CERTIFICATE OF SERVICE

I, Irene Mulkerin, hereby certify that on April 9, 2025, I caused a true and correct copy of DECLARATION IN SUPPORT OF MOTION FOR RULE 2004 EXAMINATION OF PAPOUTSIS FAMILY LIMITED PARTNERSHIP AND ANDREW PAPOUTSIS to be filed electronically with the Clerk of the Bankruptcy Court for the Middle District of Pennsylvania, using the CM/ECF system, which electronically notifies all registered participants in this case.

On the same date, I served a copy of the same document via email upon:
Donald Kornfield (dlkornfield@gmail.com)
Steve Grubb (sgrubb@salzmannhughes.com)

On the same date, I served a copy of the same document via certified mail upon:
Andrew V. Papoutsis
11835 Kendallwood Circle
Waynesboro PA 17268

All other parties entitled to notice were served through the Court's CM/ECF system.

Dated: April 9, 2025
Mechanicsburg, Pennsylvania

Respectfully submitted,

/s/ Irene Mulkerin
Irene Mulkerin
Debtor, Pro Se
1740 Adeline Drive
Mechanicsburg, PA 17050