# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Irene Papoutsis Mulkerin    Chapter: 7

**Debtor 1**    Case number: 1:24–bk–03264–HWV

## ORDER

Order – Upon consideration of the Debtor's Objection to Claim #1 filed by Keith and Lisa Wolfe, Doc. 172, and it appearing that an amended proof of claim was filed, it is ORDERED that the Objection is DENIED as procedurally moot. IT IS SO ORDERED on 5/22/2025. /s/Henry W. Van Eck (RE: related document(s)172, 236). (Wilson, Tonia)

Order Text Entries (Form ortext) (2/19)