IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| IRENE PAPOUTSIS MULKERIN, : | |
| : | CASE NO. 1:24-bk-03264-HWV |
| Debtor. : | |

## **ORDER**

Upon consideration of the Motion for Protective Order filed by Keith and Lisa Wolfe regarding the Debtor's Objection and related discovery requests with respect to Claim #1, Doc. 381, and it appearing that the Debtor's Objection has been denied as procedurally moot, it is

**ORDERED** that the Motion for Protective Order is **DENIED** as moot.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 22, 2025