United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-03264-HWV |
| Irene Papoutsis Mulkerin | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 22, 2025 | Form ID: ortext | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: irene.papoutsis@gmail.com | May 22 2025 18:54:00 | Irene Papoutsis Mulkerin, 1740 Adeline Drive, Mechanicsburg, PA 17050-1681 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Creditor Keith & Lisa Wolfe bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Eden R Bucher | on behalf of Creditor Traditions Bank ebucher@barley.com cbrelje@barley.com;jrachor@barley.com;dkline@barley.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Kimberly A Bonner | on behalf of Creditor Orrstown Bank kab@jsdc.com jnr@jsdc.com |
| Mario J. Hanyon | |

| | |
|---|---|
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Robert E Chernicoff | |
| | on behalf of Accountant The Andrew V. Papoutsis Irrevocable Trust rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Robert W Pontz | |
| | on behalf of Creditor West Shore Country Club bpontz@saxtonstump.com |
| Ryann D. Loftus | |
| | on behalf of Creditor IRS ryann.loftus@usdoj.gov bethany.a.haase@usdoj.gov |
| Steven M. Carr | |
| | on behalf of Trustee Steven M. Carr stevecarr8@comcast.net jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| Steven M. Carr | |
| | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Irene Papoutsis Mulkerin | Chapter: 7 |
| **Debtor 1** | Case number: 1:24−bk−03264−HWV |

# ORDER

Order − it is ORDERED that all matters set for June 3, 2025, at 9:30 AM are CONTINUED to June 17, 2025, at 11:00 AM. IT IS SO ORDERED on 5/22/2025. /s/Henry W. Van Eck (RE: related document(s) 380, [387], [388], [389]). Hearing scheduled for 6/17/2025 at 11:00 AM at Sylvia H. Rambo US Courthouse, 1501 N. 6th St, Bankruptcy Ctrm 4B, 4th Fl, Harrisburg, PA 17102. (Wilson, Tonia)

Order Text Entries (Form ortext) (2/19)