# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| IRENE PAPOUTSIS MULKERIN, | : | |
| | : | CASE NO. 1:24-bk-03264-HWV |
| Debtor. | : | |

## **ORDER**

Upon consideration of the Debtor's Omnibus Objection to Claim Numbers 6, 7, and 8 filed by Traditions Bank, Doc. 149, and the Answer to same, Doc. 224, and the hearing held on May 29, 2025, for the reasons stated on the record, it is

**ORDERED** that the Objection is **OVERRULED**. It is further

**ORDERED** that Traditions Bank is not obligated to respond to any outstanding discovery requests solicited by the Debtor related to this Objection.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 29, 2025