# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :   CHAPTER 7 |
| IRENE PAPOUTSIS MULKERIN, | : |
| | :   CASE NO. 1:24-bk-03264-HWV |
| Debtor. | : |

## ORDER

Upon consideration of the Debtor's Motion for Examination under Rule 2004 of Papoutsis Family Limited Partnership and Andrew Papoutsis as General Partner, Doc. 312, and all related filings, Docs. 343, 401, and the hearing held on May 29, 2025, for the reasons stated on the record, it is

**ORDERED** that the Motion is **DENIED**. It is further

**ORDERED** that the Papoutsis Family Limited Partnership and Andrew Papoutsis as General Partner are not obligated to respond to any outstanding discovery requests solicited by the Debtor related to this Motion.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 29, 2025