# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Irene Papoutsis Mulkerin            Chapter: 7

**Debtor 1**            Case number: 1:24–bk–03264–HWV

## ORDER

Order Rescheduling hearing on Application for payment of administrative expenses – Special Counsel Fees originally set for July 1, 2025, at 9:35 AM to July 1, 2025, at 1:00 PM. IT IS SO ORDERED on 6/25/2025. /s/Henry W. Van Eck (RE: related document(s)444, 470). Hearing scheduled for 7/1/2025 at 01:00 PM at Sylvia H. Rambo US Courthouse, 1501 N. 6th St, Bankruptcy Ctrm 4B, 4th Fl, Harrisburg, PA 17102. (Wilson, Tonia)

Order Text Entries (Form ortext) (2/19)