UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 24-03264-HWV |
|    Irene Papoutsis Mulkerin | : |
| | : |
|                 Debtor | : Chapter 7 |

## CHAPTER 7 TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED MOTION FOR DERIVATIVE STANDING

AND NOW, comes the Trustee, by his attorney, Steven M. Carr, Esquire, of the law firm of Ream, Carr, Markey & Woloshin, LLP, and files this Objection of which the following is a statement:

1. Objector is the duly appointed Trustee in the above-captioned Bankruptcy.

2. Debtor, via her Motion, seeks standing to initiate claims against a Family Limited Partnership of which she is a limited partner or to compel Trustee to take action regarding the asset.

3. The Debtor's claim is property of the bankruptcy estate and within the exclusive control of the Trustee.

4. Debtor's Motion invades and interferes with the Trustee's exclusive control of the asset.

5. Further, it is probable that the asset will be abandoned at which point control over the asset will revest in Debtor and Debtor will be able to pursue her State Court remedies. Thus, her motion is premature.

WHEREFORE, Chapter 7 Trustee prays that the Motion to be denied.

Ream, Carr, Markey Woloshin & Hunter, LLP

/S/ Steven M. Carr
Steven M. Carr, Esquire
Attorney for Trustee
119 East Market Street
York, PA  17401
(717) 843-8968
I.D. #34336