# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Irene Papoutsis Mulkerin　　　　　　　　　　　　　　　Chapter: 7

**Debtor 1**　　　　　　　　　　　　　　　　　　　　Case number: 1:24–bk–03264–HWV

# ORDER

Proceeding Memo on 7/1/2025: Hearing on Motion to Require Turnover of Property and Documents Pursuant to 11 U.S.C. 542, for Forensic Accounting and for Related Relief held. Record made. Order – Motion is denied as moot for the reasons stated. IT IS SO ORDERED on 7/1/2025. /s/Henry W. Van Eck Appearances: Irene Mulkerin, Steven Carr, and Robert Chernicoff. (RE: related document(s)125). (Wilson, Tonia)

Order Text Entries (Form ortext) (2/19)