IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Irene Papoutsis Mulkerin<br><br>               Debtor | : Case No. 1:24-bk-03264-HWV<br>:<br>:<br>: Chapter 7 |

## ORDER

Upon consideration of the Trustee's Motion for Approval of Interim Distribution to the Debtor, Doc. 458, and no objections having been filed, and the hearing held on July 1, 2025, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED** and the Trustee is authorized to make an interim distribution to the Debtor in the sum of $150,000.00 as part of the expected surplus in the case, after Trustee receives the settlement proceeds from the Compromise previously approved by the Court.

By the Court,

_/s/ Henry W. Van Eck_
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 1, 2025