IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| IRENE PAPOUTSIS MULKERIN, | : |
| | : CASE NO. 1:24-bk-03264-HWV |
| Debtor. | : |

## **ORDER**

Upon consideration of the Motion for Expedited Consideration filed by the Debtor, Doc. 516, it is

**ORDERED** that the Motion is **DENIED** for failure to state cause to grant the request.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 14, 2025