IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :   CHAPTER 7 |
| IRENE PAPOUTSIS MULKERIN, | : |
| | :   CASE NO. 1:24-bk-03264-HWV |
| Debtor. | : |

## ORDER

Upon consideration of the Debtor's Objection to Claim No. 5 filed by The Andrew V. Papoutsis Irrevocable Trust (the "Trust"), Doc. 140, the Trust's Motion for Protective Order, Doc. 376, and the hearing held on July 22, 2025, and for the reasons stated on the record, it is hereby

**ORDERED** that Claim No. 5 filed by the Trust is **DISALLOWED** pursuant to the terms of the approved settlement agreement between the Chapter 7 Trustee and the Trust (see Docs. 29, 410, and 446). It is further

**ORDERED** that the Motion for Protective Order is **GRANTED** and that the Trust shall have no obligation to respond to any outstanding discovery requests related to the disallowed claim.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 22, 2025