IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:24-bk-03264-HWV |
| IRENE PAPOUTSIS MULKERIN | : | |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |

**JOINDER OF ANDREW V. PAPOUTSIS IRREVOCABLE TRUST
IN THE OBJECTION [DOC 551] OF STEVEN M. CARR,
CHAPTER 7 TRUSTEE, TO MOTION TO CONTINUE
AUGUST 19, 2025 HEARINGS ON PENDING MOTIONS**

For the reasons set forth in the Trustee's Objection to Motion to Continue August 19, 2025 Hearing, the Andrew V. Papoutsis Irrevocable Trust joins in the Trustee's Objection.

        Respectfully submitted:

        CUNNINGHAM, CHERNICOFF
        & WARSHAWSKY, P.C.

        By: /s/ Robert E. Chernicoff
            Robert E. Chernicoff, Esquire
            Attorney I.D. No. 23380
            2320 North Second Street
            P. O. Box 60457
            Harrisburg, PA 17106-0457
            (717) 238-6570
            rec@cclawpc.com

Date: August 7, 2025