IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:24-bk-03264-HWV |
| IRENE PAPOUTSIS MULKERIN | : | |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |

**JOINDER OF ANDREW V. PAPOUTSIS IRREVOCABLE TRUST
AND THE PAPOUTSIS FAMILY LIMITED PARTNERSHIP
IN THE OBJECTION [DOC 549] OF STEVEN M. CARR, CHAPTER 7
TRUSTEE, TO MOTION TO INTERVENE FILED BY ANDREW MULKERIN**

For the reasons set forth in the Trustee's Objection to Motion of Andrew Mulkerin for Leave to Intervene, the Andrew V. Papoutsis Irrevocable Trust and the Papoutsis Family Limited Partnership joins in the Trustee's Objection. The Motion to Intervene is nothing more than an attempt by Mr. Mulkerin to take part in his wife's case. There is no reason for Mr. Mulkerin to be involved in his wife's case, nor is any purpose served by him taking such part as the Trustee's Objection so states.

    Respectfully submitted:

    CUNNINGHAM, CHERNICOFF
    & WARSHAWSKY, P.C.

    By: /s/ Robert E. Chernicoff
        Robert E. Chernicoff, Esquire
        Attorney I.D. No. 23380
        2320 North Second Street
        P. O. Box 60457
        Harrisburg, PA 17106-0457
        (717) 238-6570
        rec@cclawpc.com

Date: August 7, 2025