# EXHIBIT G

The undersigned certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF YORK COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| KEITH E. WOLFE and LISA B. WOLFE, | : | |
| Plaintiff | : | No.: |
| | : | |
| vs. | : | CIVIL ACTION – LAW |
| | : | |
| IRENE P. MULKERIN, | : | (Confession of Judgment) |
| Defendant | : | |

## CONFESSION OF JUDGMENT

Pursuant to the authority contained in the warrant of attorney, the original or a copy of which is attached to the complaint filed in this action, I appear for the Defendant and confess judgment in favor of the Plaintiff and against Defendant as follows:

| | |
|---|---|
| Amounts due under Lease | $ 304,000.00 |
| Interest (3% per annum) | $ 13,680.00 |
| Late Fee (5% of unpaid balance) | $ 5,284.38 |
| Costs | $ 75.00 |
| Attorney's Fees | $ 4,000.00 |
| TOTAL: | $ 327,039.38 |

Respectfully submitted,

STOCK AND LEADER

October 11, 2024    By:    s/Walter A. Tilley, III, Esquire
Date                            Walter A. Tilley, III, Esquire
                                    Supreme Court I.D. #37452
                                    Susquehanna Commerce Center East
                                    Suite 600
                                    221 West Philadelphia Street
                                    York, PA 17401-2994
                                    Telephone: (717) 846-9800
                                    Fax: (717) 843-6134