# U.S. Bankruptcy Court
## Middle District of Pennsylvania (Harrisburg)
### Bankruptcy Petition #: 1:24−bk−03264−HWV

*Assigned to:* Chief Judge Henry W. Van Eck
Chapter 7
Voluntary
Asset

*Date filed:* 12/18/2024
*341 meeting:* 01/15/2025
*Deadline for filing claims:* 03/20/2025
*Deadline for filing claims (govt.):* 06/18/2025
*Deadline for objecting to discharge:* 03/16/2025
*Deadline for financial mgmt. course:* 03/16/2025

*Debtor 1*
**Irene Papoutsis Mulkerin**
1740 Adeline Drive
Mechanicsburg, PA 17050
CUMBERLAND−PA
717−571−5670
SSN / ITIN: xxx−xx−8470

represented by **Irene Papoutsis Mulkerin**
PRO SE

*Trustee*
**Steven M. Carr**
Ream Carr Markey Woloshin & Hunter LLP (Trustee)
119 East Market Street
York, PA 17401
717 843−8968

represented by **Steven M. Carr**
Ream Carr Markey Woloshin & Hunter LLP
119 East Market Street
York, PA 17401
717 843−8968
Fax : 717 846−4999
Email: stevecarr8@comcast.net

*Asst. U.S. Trustee*
**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
717 221−4515

represented by **Joseph P Schalk**
DOJ−Ust
1501 N. 6th Street
Box 302
Harrisburg, PA 17102
717−221−4515
Fax : 717−221−4554
Email: joseph.schalk@usdoj.gov

**D. Troy Sellars**
Office of the United States Trustee
1501 North 6th Street
Ste Box 302
Harrisburg, PA 17102
717−221−4544
Email: D.Troy.Sellars@usdoj.gov
*TERMINATED: 04/30/2025*

| Filing Date | # | Docket Text |
|---|---|---|
| 08/26/2025 | 585 | **Proceeding Memo for hearing scheduled on: 08/26/2025** **MATTER:** Motion for Leave to Intervene Under Bankruptcy Rule 2018(a) filed by Andrew W. Mulkerin 545; Obj by Trustee 549; Joinder of Obj of Trustee by The Andrew V. Papoutsis Irrevocable Trust 555; Obj byThe Andrew V. Papoutsis Irrevocable Trust 576 |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | **APPEARANCES:** Irene Mulkerin, Robert Chernicoff, Steven Carr, Douglas Roeder, Brent Diefenderfer, Ryann Loftus, Andrew Mulkerin, Eden Bucher, and Kimberly Bonner.<br>**DISPOSITION:** Hearing on Motion for Leave to Intervene Under Bankruptcy Rule 2018(a) held. Record made. Order − Motion is denied for the reasons stated on the record. IT IS SO ORDERED on 8/26/2025. /s/Henry W. Van Eck (There is no image or paper document associated with this entry.)<br>(Wilson, Tonia) Modified on 8/26/2025 (Wilson, Tonia). (Entered: 08/26/2025) |
| 08/26/2025 | | 591 | **Proceeding Memo for hearing scheduled on: 08/26/2025**<br>**MATTER:** Motion to dismiss Objection of Andrew William Mulkerin to Trustee's Proposed Abandonment of the Papoutsis Family Limited Partnership filed by Trustee 548<br>**APPEARANCES:** Irene Mulkerin, Robert Chernicoff, Steven Carr, Douglas Roeder, Brent Diefenderfer, Ryann Loftus, Andrew Mulkerin, Eden Bucher, and Kimberly Bonner.<br>**DISPOSITION:** Hearing on Motion to dismiss Objection of Andrew William Mulkerin to Trustee's Proposed Abandonment of the Papoutsis Family Limited Partnership held. Record made. Order − For the reasons stated on the record, the Motion is denied as moot based on the Court's ruling on the Motion for Leave to Intervene. IT IS SO ORDERED on 8/26/2025. /s/Henry W. Van Eck (There is no image or paper document associated with this entry.)<br>(Wilson, Tonia) (Entered: 08/26/2025) |
| 08/26/2025 | | 592 | **Proceeding Memo for hearing scheduled on: 08/26/2025**<br>**MATTER:** Motion to Compel Production of FLP Tax & Financial Records necessary for Compliance with 11 USC Section 521, Internal Revenue Code & Partnership Agreement filed by debtor 463 ; Obj by Trustee 501 ; Obj by The Andrew V. Papoutsis Irr. Trust 513<br>**APPEARANCES:** Irene Mulkerin, Robert Chernicoff, Steven Carr, Douglas Roeder, Brent Diefenderfer, Ryann Loftus, Eden Bucher, and Kimberly Bonner.<br>**DISPOSITION:** Hearing on Motion to Compel Production of FLP Tax & Financial Records necessary for Compliance with 11 USC Section 521, Internal Revenue Code & Partnership Agreement held. Record made. Order − For the reasons stated on the record, the Motion is denied as moot based on the Court's ruling on the Trustee's Notice of Abandonment. IT IS SO ORDERED on 8/26/2025. /s/Henry W. Van Eck (There is no image or paper document associated with this entry.)<br>(Wilson, Tonia) (Entered: 08/26/2025) |
| 08/26/2025 | | 595 | **Proceeding Memo for hearing scheduled on: 08/26/2025**<br>**MATTER:** Debtor's Motion Under Rule 2004 to Compel Document Production and to Toll or Clarify Contractual 120−Day Limitations Period Set Forth in Settlement Agreement 518 ; Objection by Trustee 519 ; Answer by The Andrew V. Papoutsis Irrevocable Trust 521<br>**APPEARANCES:** Irene Mulkerin, Robert Chernicoff, Steven Carr, Douglas Roeder, Brent Diefenderfer, Ryann Loftus, Eden Bucher, and Kimberly Bonner.<br>**DISPOSITION:** Hearing on Motion Under Rule 2004 to Compel Document Production and to Toll or Clarify Contractual 120−Day Limitations Period Set Forth in Settlement Agreement held. Record made. Order − Motion is denied in full for the reasons stated on the record. IT IS SO ORDERED on 8/26/2025. /s/Henry W. Van Eck (There is no image or paper document associated with this entry.) (Wilson, Tonia) (Entered: 08/26/2025) |