# UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:
IRENE MULKERIN,
Debtor.
Case No. 1:24-bk-03264-HWV
Chapter 7

FILED
**September 16, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

## REQUEST FOR ENTRY OF ORDER OR, IN THE ALTERNATIVE, MOTION TO CLARIFY RECORD

1. On July 14, 2025, the Debtor filed a Motion under Federal Rule of Bankruptcy Procedure 2004 seeking the production of trust documents (Dkt 518).

2. The Court held a hearing on the Motion on August 26, 2025. At that hearing, the Court denied the Motion.

3. Following the hearing, the docket reflects only a "Proceeding Memo" noting the Court's ruling.

4. No separate written Order has been entered on the docket to date.

5. Without a signed and docketed Order, the Debtor is unable to determine with certainty the scope of the Court's ruling, nor is the Debtor able to seek appellate review or other appropriate relief under the Bankruptcy Rules.

6. Local Bankruptcy Rule 2004-1 contemplates that the Court's ruling on such a motion will be reflected in a written order. Judge Van Eck's Practices and Procedures also provide that all orders are signed and entered electronically.

WHEREFORE, the Debtor respectfully requests that the Court (a) enter a written Order formally denying the Rule 2004 Motion, consistent with the ruling made on the record, or in the alternative (b) clarify the record by directing entry of an Order reflecting the Court's ruling.

Date: September 15, 2025
Respectfully submitted,

Irene Mulkerin
Debtor, Pro Se