IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| IRENE PAPOUTSIS MULKERIN, | : |
| | : CASE NO. 1:24-bk-03264-HWV |
| Debtor. | : |

## ORDER

Upon consideration of the Limited Motion for Examination under Rule 2004 of Chapter 7 Trustee Steven M Carr Regarding Administration of FLP Interest filed by the Debtor, Doc. 644, and the Objection to same filed by the Chapter 7 Trustee, Doc. 645, and the hearing held on November 25, 2025, for the reasons stated on the record, it is

**ORDERED** that the Motion is **DENIED**.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 25, 2025