United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-03264-HWV |
| Irene Papoutsis Mulkerin | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 16, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: irene.papoutsis@gmail.com | Dec 16 2025 18:44:00 | Irene Papoutsis Mulkerin, 1740 Adeline Drive, Mechanicsburg, PA 17050-1681 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2025          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Creditor Keith & Lisa Wolfe bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Douglas R Roeder | on behalf of Other Professional Jack N Zaharopoulos droeder@pamd13trustee.com |
| Eden R Bucher | on behalf of Creditor Traditions Bank ebucher@barley.com cbrelje@barley.com;jrachor@barley.com;dkline@barley.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |

| | |
|---|---|
| Kimberly A Bonner | on behalf of Creditor Orrstown Bank kab@jsdc.com  jnr@jsdc.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Robert E Chernicoff | on behalf of Accountant The Andrew V. Papoutsis Irrevocable Trust rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Robert W Pontz | on behalf of Creditor West Shore Country Club bpontz@saxtonstump.com |
| Ryann D. Loftus | on behalf of Creditor IRS ryann.loftus@usdoj.gov  bethany.a.haase@usdoj.gov |
| Steven M. Carr | on behalf of Trustee Steven M. Carr stevecarr8@comcast.net jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| Steven M. Carr | stevecarr8@comcast.net  pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# U.S. Bankruptcy Court
## Middle District of Pennsylvania (Harrisburg)
### Bankruptcy Petition #: 1:24−bk−03264−HWV

*Assigned to:* Chief Judge Henry W. Van Eck
Chapter 7
Voluntary
Asset

*Date filed:* 12/18/2024
*341 meeting:* 01/15/2025
*Deadline for filing claims:* 03/20/2025
*Deadline for filing claims (govt.):* 06/18/2025
*Deadline for objecting to discharge:* 03/16/2025
*Deadline for financial mgmt. course:* 03/16/2025

*Debtor 1*
**Irene Papoutsis Mulkerin**
1740 Adeline Drive
Mechanicsburg, PA 17050
CUMBERLAND−PA
717−571−5670
SSN / ITIN: xxx−xx−8470

represented by **Irene Papoutsis Mulkerin**
PRO SE

*Trustee*
**Steven M. Carr**
Ream Carr Markey Woloshin & Hunter LLP
(Trustee)
119 East Market Street
York, PA 17401
717 843−8968

represented by **Steven M. Carr**
Ream Carr Markey Woloshin & Hunter LLP
119 East Market Street
York, PA 17401
717 843−8968
Fax : 717 846−4999
Email: stevecarr8@comcast.net

*Asst. U.S. Trustee*
**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
717 221−4515

represented by **Joseph P Schalk**
DOJ−Ust
1501 N. 6th Street
Box 302
Harrisburg, PA 17102
717−221−4515
Fax : 717−221−4554
Email: joseph.schalk@usdoj.gov

**D. Troy Sellars**
Office of the United States Trustee
1501 North 6th Street
Ste Box 302
Harrisburg, PA 17102
717−221−4544
Email: D.Troy.Sellars@usdoj.gov
*TERMINATED: 04/30/2025*

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 12/16/2025 | | 690 | **Proceeding Memo for hearing scheduled on: 12/16/2025** **MATTER:** Motion To Partially Stay Final Distribution and Case Closure Pending Resolution of Rule 2004 Motion and Objections to Trustee's Report and Fees 651 ; Objection by Trustee 668 ; Answer to Objection by Trustee 689 |

|  |  |  | **APPEARANCES:** Joseph Schalk and Steven Carr<br>**DISPOSITION:** Hearing on Motion to Partially Stay Final Distribution and Case Closure Pending Resolution of Rule 2004 Motion and Objections to Trustee's Report and Fees held. Record made. Matter continued. Order − Trustee to file amended final report within 7 days as discussed on the record. IT IS SO ORDERED on 12/16/2025. /s/Henry W. Van Eck (There is no image or paper document associated with this entry.)<br>**HEARING Scheduled for 01/06/2026 at 09:30 AM at U.S. Courthouse, 1501 N. 6th St. Harrisburg, PA.** (Wilson, Tonia) (Entered: 12/16/2025) |