# U.S. Bankruptcy Court
## Middle District of Pennsylvania (Harrisburg)
### Bankruptcy Petition #: 1:24−bk−03264−HWV

*Assigned to:* Chief Judge Henry W. Van Eck
Chapter 7
Voluntary
Asset

*Date filed:* 12/18/2024
*341 meeting:* 01/15/2025
*Deadline for filing claims:* 03/20/2025
*Deadline for filing claims (govt.):* 06/18/2025
*Deadline for objecting to discharge:* 03/16/2025
*Deadline for financial mgmt. course:* 03/16/2025

*Debtor 1*
**Irene Papoutsis Mulkerin**
1740 Adeline Drive
Mechanicsburg, PA 17050
CUMBERLAND−PA
717−571−5670
SSN / ITIN: xxx−xx−8470

represented by **Irene Papoutsis Mulkerin**
PRO SE

*Trustee*
**Steven M. Carr**
Ream Carr Markey Woloshin & Hunter LLP (Trustee)
119 East Market Street
York, PA 17401
717 843−8968

represented by **Steven M. Carr**
Ream Carr Markey Woloshin & Hunter LLP
119 East Market Street
York, PA 17401
717 843−8968
Fax : 717 846−4999
Email: stevecarr8@comcast.net

*Asst. U.S. Trustee*
**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
717 221−4515

represented by **Joseph P Schalk**
DOJ−Ust
1501 N. 6th Street
Box 302
Harrisburg, PA 17102
717−221−4515
Fax : 717−221−4554
Email: joseph.schalk@usdoj.gov

**D. Troy Sellars**
Office of the United States Trustee
1501 North 6th Street
Ste Box 302
Harrisburg, PA 17102
717−221−4544
Email: D.Troy.Sellars@usdoj.gov
*TERMINATED: 04/30/2025*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/29/2025 | 705 | **Proceeding Memo for hearing scheduled on: 01/06/2026**<br>**MATTER:** Amended Application for allowance of compensation & expenses 643 ; Objection by debtor 670<br>**APPEARANCES:** NA<br>**DISPOSITION:** Hearing on Amended Application for allowance of |

| | | | |
|---|---|---|---|
| | | | compensation & expenses canceled. Matter mooted by the filing of a new Amended Application for allowance of compensation & expenses on 12/17/2025.<br>(Wilson, Tonia) (Entered: 12/29/2025) |
| 12/29/2025 | | 706 | **Proceeding Memo for hearing scheduled on: 01/06/2026**<br>**MATTER:** Motion to Compel Trustee to Produce Contemporaneous Time Records and Documentation. Filed by Irene Papoutsis Mulkerin 671 ; Objection by Trustee 696<br>**APPEARANCES:** NA<br>**DISPOSITION:** Hearing on Motion to Compel Trustee to Produce Contemporaneous Time Records and Documentation canceled. Matter mooted by the filing of a new Amended Application for allowance of compensation & expenses on 12/17/2025.<br>(Wilson, Tonia) (Entered: 12/29/2025) |