UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:

IRENE MULKERIN,

Debtor.

Chapter 7

Case No. 1:24-bk-03264-HWV

FILED
January 8, 2026
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

## REQUEST FOR CERTIFICATION OF RECORD (REGARDING PARTNERSHIP AGREEMENT REVIEWED AND RELIED UPON)

Debtor Irene Mulkerin, appearing pro se, respectfully submits this narrow Request for Certification of Record for the limited purpose of clarifying the identity and contents of the partnership agreement reviewed and relied upon by the Chapter 7 Trustee in the administration of the estate and in connection with the Court's consideration of the compromise.

This Request seeks ministerial certification only. It does not request testimony, legal analysis, or adjudication of any disputed issue.

1. During proceedings relating to approval of the compromise, the Chapter 7 Trustee testified that he reviewed the limited partnership agreement governing the Andrew V. Papoutsis Family Limited Partnership.

2. The Trustee's billing records likewise reflect time entries for review of the partnership agreement as part of his evaluation of estate issues.

3. The Debtor previously submitted, as an exhibit in the related compromise to claim bankruptcy proceedings, a copy of the limited partnership agreement dated September 2009 (the "2009 Partnership Agreement"), which was represented as the governing agreement in effect during the relevant period.

4. Subsequent to the bankruptcy proceedings, documents dated November 28, 2025 purporting to amend the partnership agreement were produced, which include provisions not contained in the 2009 Partnership Agreement.

5. For purposes of maintaining an accurate and complete record of what documents were reviewed and relied upon by the Trustee and the Court, and to avoid any ambiguity regarding the contents of the agreement considered during the bankruptcy proceedings, Debtor respectfully requests certification of the following factual matters.

WHEREFORE, Debtor respectfully requests that the Trustee provide a written certification stating:

A. The specific version of the limited partnership agreement of the Andrew V. Papoutsis Family Limited Partnership that the Trustee reviewed and relied upon in connection with his administration of the estate and evaluation of the compromise; and

B. Whether the partnership agreement reviewed by the Trustee included any provision authorizing involuntary expulsion, dissociation, or removal of a limited partner, including any provision designated as "Section 11.7" and/or "Section 11.8" or similar.

In the alternative, if the Trustee contends that no such certification can be provided, Debtor respectfully requests a certification stating that the Trustee is unable to identify or confirm the contents of the partnership agreement he reviewed.

This Request is submitted solely to clarify the existing record and does not seek reconsideration, modification, or relief from any prior order.

Respectfully submitted,

/s/ Irene Mulkerin

Irene Mulkerin., Debtor, pro se

January 8, 2026

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:

IRENE MULKERIN,

Debtor.

Chapter 7

Case No. 1:24-bk-03264-HWV

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2026, a true and correct copy of the foregoing Request for Certification of Record was served electronically via the Court's CM/ECF system upon the Chapter 7 Trustee and the United States Trustee.

Irene Mulkerin

Debtor, pro se