UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:

IRENE MULKERIN,

Debtor.

FILED
February 9, 2026
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

Chapter 7

Case No. 1:24-bk-03264-HWV

## DEBTOR'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF CONTEMPORANEOUS TIME AND BILLING RECORDS, WITHOUT PREJUDICE AND WITH EXPRESS RESERVATION OF RIGHTS

AND NOW comes Debtor, Irene Mulkerin, appearing pro se, and hereby provides notice that she withdraws, without prejudice, her Motion to Compel Production of Contemporaneous Time and Billing Records (the "Motion").

This withdrawal is made solely for purposes of streamlining the issues set for hearing and conserving judicial resources, and shall not be construed as a concession that the requested records are unnecessary, unavailable, or immaterial.

Debtor expressly reserves all rights, including but not limited to:

1. All pending objections to the compensation and fee applications of the Chapter 7 Trustee and Special Counsel, including objections based on the

absence of contemporaneous billing records required under 11 U.S.C. § 330 and applicable case law;

2. The right to argue that the existing record is insufficient to support approval of any fees or compensation in the absence of contemporaneous, itemized time records;

3. The right to seek production of such records in any appropriate forum or procedural posture, including on appeal or in connection with further proceedings relating to compensation, administration of the estate, or related relief.

Debtor withdraws the Motion without prejudice, and nothing herein waives, limits, or moots Debtor's substantive objections to fees, expenses, or the reasonableness and necessity of services purportedly rendered.

Dated: February 9, 2026

Respectfully submitted,

/s/ Irene Mulkerin
Irene Mulkerin

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:

IRENE MULKERIN,

Debtor.

Chapter 7

Case No. 1:24-bk-03264-HWV

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, a true and correct copy of the foregoing DEBTOR'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF CONTEMPORANEOUS TIME AND BILLING RECORDS, WITHOUT PREJUDICE AND WITH EXPRESS RESERVATION OF RIGHTS was served electronically via the Court's CM/ECF system upon the Chapter 7 Trustee and the United States Trustee.

Dated: February 9, 2026

Respectfully submitted,

/s/ Irene Mulkerin
Irene Mulkerin

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA

In re:

IRENE MULKERIN,

Debtor.

Chapter 7

Case No. 1:24-bk-03264-HWV

**ORDER**

AND NOW, upon consideration of the Debtor's Notice of Withdrawal of Motion to Compel Production of Contemporaneous Time and Billing Records, filed by Debtor Irene Mulkerin, appearing pro se, it is hereby ORDERED as follows:

1. The Debtor's Motion to Compel Production of Contemporaneous Time and Billing Records is WITHDRAWN WITHOUT PREJUDICE.
2. This Order shall not be construed as:
    a. a ruling on the merits of the withdrawn motion;
    b. a determination that the requested records are unnecessary, unavailable, or immaterial; or
    c. a waiver, limitation, or adjudication of any pending objection to trustee or professional compensation.
3. All objections, arguments, and rights of the Debtor relating to trustee compensation, professional fees, and appellate review are EXPRESSLY PRESERVED.

1

IT IS SO ORDERED.