IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| IRENE PAPOUTSIS MULKERIN, | : | |
| | : | CASE NO. 1:24-bk-03264-HWV |
| Debtor. | : | |

## ORDER

Upon consideration of the Trustee's Amended Final Report and Account and Application for Fees in this matter, Docs. 697, 704, and all related filings, Docs. 747, 749, and the hearing held on February 10, 2026, for the reasons stated on the record, it is

**ORDERED** as follows:

1. The Debtor's Objection is **OVERRULED**.

2. The Trustee's Amended Final Report and Account is **APPROVED**.

3. The Trustee pay the following expenses of administration to the U.S. Bankruptcy Court, the following charges:

| | **TOTAL** |
|---|---|
| **COURT COSTS** | **$0.00** |
| | **$0.00** |

4. That **Steven M Carr**, Trustee, is allowed the sum of **$76,722.16** as compensation for his services to the estate and the sum of **$313.50** as reimbursement of expenses incurred therewith.

5. That **Steven M Carr**, Attorney for Trustee, having shown cause therefore, is allowed the sum of **$61,200.00** as compensation for their services to the Trustee and the sum of **$404.60** as reimbursement of expenses incurred therewith.

1

6. The Court's approval of the $15,000.00 reserve to be held in escrow for future attorney's fees does not constitute approval of any fees not expressly approved herein, and any future requests for fees in excess of those approved herein shall be made by future application.

7. Any interim compensation and expenses previously approved by the Court are made final by this Order.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 10, 2026