IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

IRENE P. MULKERIN,

Debtor.

Chapter 7

Case No. 1:24-bk-03264-HWV

FILED
**February 11, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

___

## NOTICE OF PENDING MATTER, PRESERVATION OF RIGHTS, AND REQUEST TO DEFER CASE CLOSURE

AND NOW comes Andrew W. Mulkerin ("Movant"), appearing pro se and in his individual capacity as a non-debtor spouse and interested party, and respectfully submits this Notice for docket clarity and preservation of rights, and states as follows:

1. On January 15, 2026, Movant filed a Limited Notice of Interest and Reservation of Rights regarding the Chapter 7 Trustee's Final Report (ECF No. 743), identifying potential inaccuracies affecting non-debtor property and contractual interests, including jointly held accounts and obligations.

2. That filing was timely, properly served via the Court's CM/ECF system, and expressly limited in scope. It did not seek to delay distributions or request affirmative relief, but was intended solely to preserve Movant's legal position and ensure the accuracy of the record.

3. A hearing was held on February 10, 2026, at which the Court addressed matters relating to trustee compensation and subsequently proceeded to approval of the Trustee's Final Report.

4. Movant was present at the hearing and, after observing that the proceeding had transitioned into consideration of the Final Report without acknowledgment of his pending filing, respectfully attempted to address the Court to clarify the status of his January 15 Notice.

5. Movant was not permitted to speak, and the Court proceeded without addressing or ruling upon the filing at ECF No. 743.

6. Movant is in the process of obtaining the official audio and transcript of the February 10, 2026 hearing and intends to submit a limited, targeted motion seeking clarification and appropriate acknowledgment of his pending filing once the transcript is available.

7. Movant submits this Notice solely to preserve the procedural record and to respectfully request that the case not be closed or administratively concluded while a pending matter affecting non-debtor rights remains unresolved or unaddressed on the docket.

WHEREFORE, Movant respectfully requests that the Court note the foregoing for purposes of record clarity and defer case closure or final administrative action until the pending matter identified above is addressed or otherwise resolved.

Respectfully submitted,

/s/ Andrew W. Mulkerin

Andrew W. Mulkerin, Pro Se

1740 Adeline Drive

Mechanicsburg, PA 17050

Date: February 10, 2026

2

Case 1:24-bk-03264-HWV   Doc 772   Filed 02/11/26   Entered 02/11/26 07:48:35   Desc
Main Document    Page 2 of 2