United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-03264-HWV |
| Irene Papoutsis Mulkerin | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 11, 2026     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: irene.papoutsis@gmail.com | Feb 11 2026 18:45:00 | Irene Papoutsis Mulkerin, 1740 Adeline Drive, Mechanicsburg, PA 17050-1681 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Creditor Keith & Lisa Wolfe bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Douglas R Roeder | on behalf of Other Professional Jack N Zaharopoulos droeder@pamd13trustee.com |
| Eden R Bucher | on behalf of Creditor Traditions Bank ebucher@barley.com cbrelje@barley.com;jrachor@barley.com;dkline@barley.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |

Kimberly A Bonner
    on behalf of Creditor Orrstown Bank kab@jsdc.com jnr@jsdc.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Robert E Chernicoff
    on behalf of Accountant The Andrew V. Papoutsis Irrevocable Trust rec@cclawpc.com
    jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com

Robert W Pontz
    on behalf of Creditor West Shore Country Club bpontz@saxtonstump.com

Ryann D. Loftus
    on behalf of Creditor IRS ryann.loftus@usdoj.gov bethany.a.haase@usdoj.gov

Steven M. Carr
    on behalf of Trustee Steven M. Carr stevecarr8@comcast.net
    jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com

Steven M. Carr
    stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| IRENE PAPOUTSIS MULKERIN, | : |
| | : CASE NO. 1:24-bk-03264-HWV |
| Debtor. | : |

## ORDER

Upon consideration of the Trustee's Amended Final Report and Account and Application for Fees in this matter, Docs. 697, 704, and all related filings, Docs. 747, 749, and the hearing held on February 10, 2026, for the reasons stated on the record, it is

**ORDERED** as follows:

1. The Debtor's Objection is **OVERRULED**.

2. The Trustee's Amended Final Report and Account is **APPROVED**.

3. The Trustee pay the following expenses of administration to the U.S. Bankruptcy Court, the following charges:

| | TOTAL |
|---|---|
| **COURT COSTS** | **$0.00** |
| | **$0.00** |

4. That **Steven M Carr**, Trustee, is allowed the sum of **$76,722.16** as compensation for his services to the estate and the sum of **$313.50** as reimbursement of expenses incurred therewith.

5. That **Steven M Carr**, Attorney for Trustee, having shown cause therefore, is allowed the sum of **$61,200.00** as compensation for their services to the Trustee and the sum of **$404.60** as reimbursement of expenses incurred therewith.

1

6. The Court's approval of the $15,000.00 reserve to be held in escrow for future attorney's fees does not constitute approval of any fees not expressly approved herein, and any future requests for fees in excess of those approved herein shall be made by future application.

7. Any interim compensation and expenses previously approved by the Court are made final by this Order.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 10, 2026

2