# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

IRENE MULKERIN

Case No. 1:24-bk-03264-HWV

<pre>
FILED
February 23, 2026
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg
</pre>

## NOTICE OF APPEAL

Notice is hereby given that Debtor, Irene Mulkerin, appeals to the United States District Court for the Middle District of Pennsylvania from the Order entered on February 11, 2026 (Doc. 771), approving the Trustee's Amended Final Report and Applications for Compensation and overruling Debtor's objections, including Debtor's Targeted Objection to Trustee's Certification of Full Administration (Doc. 749), and all related rulings made on the record at the February 10, 2026 hearing.

Date: February 23, 2026

Respectfully Submitted,

/s/ Irene Mulkerin

Irene Mulkerin

Pro Se Debtor

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

IRENE MULKERIN

Case No. 1:24-bk-03264-HWV

**CERTIFICATE OF SERVICE**

I certify that on February 23, 2026, I served a copy of the foregoing Notice of Appeal via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

Date: February 23, 2026

/s/ Irene Mulkerin

Irene Mulkerin