# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRENE PAPOUTSIS MULKERIN, | CIVIL ACTION NO. 1:25-CV-2303 |
| Appellant | |
| v. | (MEHALCHICK, J.) |
| STEVE M. CARR, | |
| Appellee | |

## ORDER

AND NOW, this __4th__ day of __May__, 2026, upon consideration of Appellant's Motion to Dismiss Appeal, and the Court finding that good cause exists for the requested relief, IT IS HEREBY ORDERED that:

1. Appellant's Motion to Dismiss Appeal is GRANTED.

2. Appellant's appeal of the Bankruptcy Court's Order entered November 25, 2025 (Dkt. No. 663) is DISMISSED.

3. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

*Karoline Mehalchick*

**KAROLINE MEHALCHICK**
United States District Judge