# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Irene Papoutsis Mulkerin

**Debtor 1**

Chapter: 7

Case number: 1:24−bk−03264−HWV

Document Number: 806

Matter: Motion for Relief from Judgement or Order

| **Notice** |
|---|

Notice is hereby given that:

This Bankruptcy Petition was filed on December 18, 2024.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | **Date: 6/23/26**<br><br>**Time: 10:00 AM** |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **June 11, 2026**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 28, 2026 |

nthrgreq(02/19)