IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:               :   Case No. 1:24-bk-03264-HWV
  IRENE PAPOUTSIS MULKERIN   :
                         :        Chapter 7
           Debtor       :
                         :

**JOINDER OF ANDREW V. PAPOUTSIS IRREVOCABLE TRUST
IN THE OBJECTION OF STEVEN M. CARR, CHAPTER 7
TRUSTEE, TO DEBTOR'S MOTION TO CLARIFY OR, IN THE
ALTERNATIVE, MODIFY THE ORDER APPROVING COMPROMISE**

For the reasons set forth in the Trustee's Objection to Debtor's Motion to Clarify or,

in the Alternative, Modify the Order Approving Compromise, the Andrew V. Papoutsis

Irrevocable Trust joins in the Trustee's Objection.

                          Respectfully submitted:

                          CUNNINGHAM, CHERNICOFF
                          & WARSHAWSKY, P.C.

                          By:_____/s/  Robert E. Chernicoff_____
                               Robert E. Chernicoff, Esquire
                               Attorney I.D. No. 23380
                               2320 North Second Street
                               P. O. Box 60457
                               Harrisburg, PA 17106-0457
                               (717) 238-6570
                               rec@cclawpc.com

Date: June 5, 2026