# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                  :     Chapter 7
                                        :
IRENE PAPOUTSIS MULKERIN,               :     Case No. 1:24-bk-03264-HWV
                                        :
Debtor.                                 :

## MOTION TO CONTINUE HEARING ON MOTION TO CLARIFY

Irene Papoutsis Mulkerin ("Mulkerin") filed this Motion to Continue Hearing on Motion to Clarify ("the Motion for Continuance"), and in support thereof, states as follows:

1.      On May 27, 2026, Mulkerin filed a Motion to Clarify Order Granting Motion to Approve Compromise or, in the Alternative, to Modify Order Granting Motion to Approve Compromise Pursuant to Rule 60(b) (the "Motion to Clarify"). (Doc. 806).

2.      On May 28, 2026, the Honorable Court scheduled a hearing on the Motion to Clarify for June 23, 2026, at 10:00 a.m. (Doc. 807).

3.      On June 5, 2026, Trustee Steven M. Carr filed objections, in which the Andrew V. Papoutsis Irrevocable Trust joined. (Docs. 808, 809).

4.      On June 12, 2026, Mulkerin filed a Motion to Disqualify United States Bankruptcy Court Judges for the Middle District of Pennsylvania (the "Motion to Disqualify"). (Doc. 810).

5.	Because the Motion to Disqualify must be decided prior to further proceedings in the instant case, Mulkerin respectfully requests that this Honorable Court continue the hearing on the Motion to Clarify until such time as the Motion to Disqualify has been decided.

6.	In line with Local Rule 9013-4, Mulkerin sought the concurrence of all interested parties. Such concurrence was denied.

WHEREFORE, Irene Mulkerin respectfully requests that this Honorable Court grant her Motion for Continuance.

Respectfully submitted,

Dated:  June 12, 2026	**TUCKER ARENSBERG, P.C.**

_/s/ Kevin L. Hall_
Kevin L. Hall, Esq.
PA ID No. 311826
300 Corporate Center Drive, Suite 200
Camp Hill, PA 17011
(717) 234-4121
khall@tuckerlaw.com

_Counsel for Debtor Irene Papoutsis Mulkerin_

2

# CERTIFICATE OF NONCONCURRENCE

I, Kevin L. Hall, do hereby certify that I contacted Trustee Steven M. Carr and counsel for the Andrew V. Papoutsis Irrevocable Trust, Attorney Robert Chernicoff, via email, and both responded that they do not concur in the relief requested herein.

*/s/ Kevin L. Hall*
Kevin L. Hall, Esquire

## <u>CERTIFICATE OF SERVICE</u>

I certify under penalty of perjury that on June 12, 2026, a true and correct copy of the Motion to Continue Hearing on Motion to Clarify filed by Irene Papoutsis Mulkerin, was served on all parties requesting electronic notice via the Court's CM/ECF System.

*/s/ Kevin L. Hall*
Kevin L. Hall, Esquire

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:        : Chapter 7

           :

IRENE PAPOUTSIS MULKERIN,  : Case No. 25-30256

           :

Debtors.        :

## **<u>ORDER</u>**

AND NOW, this ___ day of _____ 2026, upon consideration of the Motion to Continue Hearing on Motion to Clarify (the "Motion for Continuance"), filed by Debtor Irene Papoutsis Mulkerin,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion for Continuance is **GRANTED**.

2. The hearing on the pending motion to clarify previously scheduled for June 23, 2026, at 10:00 a.m. is canceled, to be rescheduled by future order.

        BY THE COURT:

        _____, J.