# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                               :
                                     :        CHAPTER 7
IRENE PAPOUTSIS MULKERIN,            :
                                     :        CASE NO. 1:24-bk-03264-HWV
            Debtor.                  :

## <u>ORDER</u>

Upon consideration of the Motion to Disqualify United States Bankruptcy Court Judges for the Middle District of Pennsylvania filed by the Debtor, Doc. 810, it is

**ORDERED** as follows:

1. The Motion is **GRANTED** in part to the extent it seeks disqualification of the undersigned judge under 28 U.S.C. § 455(a) and Federal Rule of Bankruptcy Procedure 5004(a). This ruling is based on the appearance-of-impartiality standard under § 455(a). It is not based on any finding of actual bias or prejudice.

2. The Motion is **DENIED** in part to the extent it seeks disqualification of all United States Bankruptcy Judges for the Middle District of Pennsylvania and immediate designation of an out-of-district judge by this Court.

3. The undersigned recuses from further consideration of the above-captioned case, and the Clerk of Court is directed to reassign the case to the Honorable Mark J. Conway, United States Bankruptcy Judge for the Middle District of Pennsylvania.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 18, 2026