# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                    :        Chapter 7
                                          :
IRENE PAPOUTSIS MULKERIN,                 :        Case No. 1:24-bk-03264-HWV
                                          :
        Debtor                            :


## MOTION FOR ADMISSION *PRO HAC VICE* OF GEORGE A. R. BALCHUNAS

Pursuant to Local Rule 2090-1(b), Kevin L. Hall, Esquire ("Movant"), of the law firm of Tucker Arensberg, P.C., respectfully requests this Honorable Court to enter an Order specially admitting George A. R. Balchunas, Esquire ("Applicant"), to practice before this Court in the instant bankruptcy case and all proceedings or contested matters arising in or related to this case (including pending and any future adversary proceedings) on behalf of Debtor, Irene Papoutsis Mulkerin, and in support thereof states as follows:

1.      Applicant is currently an attorney with the law firm of Tucker Arensberg, P.C., with an address of One PPG Place, Suite 1500, Pittsburgh, Pennsylvania 15222, Telephone: (412) 594-5526 and email address: gbalchunas@tuckerlaw.com.

2.      Applicant was admitted to the Pennsylvania Bar in October, 2025 (PA I.D. No. 338421) and has remained in good standing since his admission.

3.      Applicant has also been admitted to practice in the Western District of Pennsylvania.

4.      Pursuant to Local Rule 2090-1(b), Movant makes a written motion as a member of the bar of this Court for the admission of Applicant, who intends to practice before this Honorable court in the above-captioned action.

5. Movant believes Applicant is qualified for admission *pro hac vice,* and that just cause exists for such admission.

WHEREFORE, Movant, Kevin L. Hall, Esquire, respectfully requests this Honorable Court to enter an Order specially admitting George A. R. Balchunas, Esquire, to practice before this Court for the limited purpose of representing Debtor, Irene Papoutsis Mulkerin,. in this action and any proceedings or contested matter arising in or related to this action, including pending and any future adversary proceedings.

Respectfully submitted,

**TUCKER ARENSBERG, P.C.**

Dated: June 23, 2026       By   */s/ Kevin L. Hall*
                Kevin L. Hall, PA ID No. 200103
                300 Corporate Center Drive, Suite 200
                Camp Hill, PA 17011
                Telephone: (717) 234-4121
                Fax: (717) 232-6802
                khall@tuckerlaw.com

*Attorneys for Debtor, Irene Papoutsis Mulkerin*

2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                                            :          Chapter 7
                                                  :
IRENE PAPOUTSIS MULKERIN,                          :          Case No. 1:24-bk-03264-HWV
                                                  :
      Debtor                                      :

## CERTIFICATION PURSANT TO LOCAL RULES OF BANKRUPTCY PROCEDURE

I, George A. R. Balchnuas, Esquire, hereby certify that I am eligible for admission *pro hac vice* to this Court. In Support of this Certification, I state as follows:

2.      I am admitted to practice in good standing in the Commonwealth of Pennsylvania and the United States District Court for the Western District of Pennsylvania.

3.      No other admissions to practice *pro hac vice* have not been revoked.

4.      I am generally familiar with this Court's Local Rules, the Rules of Professional Conduct, and all other requirements governing practice before this court.

5.      I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the Court, or in connection with the representation of my client in this case.

6.      I declare the statements contained herein are true and correct to the best of my knowledge, information and belief.

By        _____
                George A. R. Balchunas, PA I.D. No. 338421

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| IRENE PAPOUTSIS MULKERIN, | : | Case No. 1:24-bk-03264-HWV |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Kevin L. Hall, Esquire, hereby certify that, on this 23rd day of June, 2026, I served or caused to be served a copy of the foregoing Motion for Admission *Pro Hac Vice* was electronically filed, and accordingly, was served upon all parties currently registered to receive electronic notice via this Court's CM/ECF notification system.

**TUCKER ARENSBERG, P.C.**

Dated: June 23, 2026      By *<u>/s/ Kevin L. Hall</u>*
                                        Kevin L. Hall, PA ID No. 311826
                                        300 Corporate Center Drive, Suite 200
                                        Camp Hill, PA 17011
                                        Telephone: (717) 234-4121
                                        khall@tuckerlaw.com
                                        *Attorneys for Debtor, Irene Papoutsis Mulkerin*

In re:                                          :        Chapter 7
                                                :
IRENE PAPOUTSIS MULKERIN,                        :        Case No. 1:24-bk-03264-HWV
                                                :
        Debtor                                   :

**ORDER GRANTING MOTION FOR ADMISSION _PRO HAC VICE_**

Upon consideration of the Motion for Admission _Pro Hac Vice_ of George A. R. Balchunas,

Esquire, IT IS HEREBY ORDERED that the Motion is GRANTED, and George A. R. Balchunas,

Esquire, is authorized to appear on behalf of Debtor, Irene Papoutsis Mulkerin, in this action and

any present or future contested matter or adversary proceeding arising in or related to this action.

BY THE COURT:

_____
                                                                J.