IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

IN RE: IRENE PAPOUTSIS MULKERIN, DEBTOR

M.D. Pa. Bankr. No. 1:24-BK-03264

_____

DESIGNATION OF A BANKRUPTCY JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

Pursuant to 28 U.S.C. § 155(a), and finding that it is in the public interest to do so,

I hereby designate and assign the Honorable Patricia M. Mayer of the United States

Bankruptcy Court for the Eastern District of Pennsylvania for such a period as is

necessary for the disposition of the above-entitled matter, and for such additional time as

may be required to complete unfinished business at the conclusion of the assignment.

s/ Michael A. Chagares
Michael A. Chagares, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated: June 26, 2026