# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Irene Papoutsis Mulkerin                                          Chapter: 7

**Debtor 1**                                                      Case number: 1:24–bk–03264–PMM

## ORDER

Order Reassigning Case effective 6/29/2026 to Judge Patricia M Mayer in the interests of judicial administration and economy /s/Henry W. Van Eck . (Boyle, Cindy)

Order Text Entries (Form ortext) (2/19)