# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re<br>IRENE PAPOUTSIS MULKERIN,<br>Debtor | :<br>:<br>:<br>:<br>: | Case No. 1:24-bk-03264-PMM<br>Chapter 7 |

## DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Irene Papoutsis Mulkerin ("Appellant" or "Debtor") files this Designation of Record and Statement of Issues on Appeal pursuant to Federal Rule of Bankruptcy Procedure 8009 and Local Bankruptcy Rule 8009-1 for her appeal from the September 17, 2026 Order Denying Motion, ECF No. 828, including its explanatory endnote.

### I. Designation of Record.

Appellant designates the following documents which appear on the Docket in the above-captioned bankruptcy case ("Bankruptcy Case") pending in the United States Bankruptcy Court for the Middle District of Pennsylvania ("Bankruptcy Court"). These designations shall be read to include all filed attachments to the designated docket entries, specifically ECF No. 632-3 and ECF Nos. 806-1 through 806-7, and the clerk-maintained exhibits from the March 26, 2025 and April 3, 2025 hearings:

| ECF No. | Abbreviated Description of Item Designated | Date Filed[1] |
|---|---|---|
| 1 | Chapter 7 Voluntary Petition of Irene Papoutsis Mulkerin | 12/18/2024 |
| 28 | Application to Employ Daniel Atlas, Esq. and Dailey LLP as Special Counsel | 12/19/2024 |
| 29 | Motion to Approve Compromise | 12/19/2024 |
| 67 | Appellant's Objection to Motion to Approve Compromise | 1/2/2025 |
| 84 | Order Granting Debtors Motion for Leave to File Late Objection and Setting Hearing | 1/8/2025 |
| 123 | Objection to Trustee's Application to Employ Daniel Atlas, Esq. and Dailey LLP | 1/22/2025 |
| 124 | Appellant's Amended Objection to Trustee's Application to Employ Daniel Atlas, Esq. and Dailey LLP | 1/22/2025 |
| 133 | Order Granting Application to Employ Daniel Atlas, Esq. and Dailey LLP | 1/28/2025 |
| 137 | Transcript of January 28, 2025 Hearing Regarding Application to Employ Daniel Atlas and Dailey, LLP | 1/30/2025 |
| 139 | Debtor's Combined Response and Reply to the Chapter 7 Trustee's Objection to Motion to Compel Distributions | 1/30/2025 |
| 159 | Appellant's Supplemental Memorandum in Opposition to Motion to Approve Compromise | 2/3/2025 |
| 174 | Order Setting Status Conference and Evidentiary Hearing | 2/5/2025 |
| 183 | Order Granting Motion to Continue | 2/7/2025 |
| 189 | Chapter 7 Trustee's Written Report Detailing Trustee's Business Judgment in Support of Compromise of Claim or Assumption of Executory Contract | 2/11/2025 |
| 190 | Motion to Release or Apply Escrowed Funds Held by Dailey LLP, filed by Irene Papoutsis Mulkerin, including all filed attachments. | 2/13/2025; entered 2/14/2025 |
| 191 | Motion to Compel the Trustee of the Andrew V. Papoutsis Irrevocable Trust to Authorize Periodic Distributions, including all filed attachments. | 2/13/2025; entered 2/14/2025 |
| 247 | Exhibit List for March 26, 2025 Evidentiary Hearing | 3/19/2025 |

[1] The dates identified herein are the dates as they appear on the docket on CM-ECF as the "Filing Date."

| ECF No. | Abbreviated Description of Item Designated | Date Filed[1] |
|---|---|---|
| 248 | Appellant's Witness and Cross-Examination List for March 26, 2025 Evidentiary Hearing | 3/19/2025 |
| 255 | Proceeding Memo for Hearing Scheduled on March 20, 2025[2] | 3/20/2025 |
| 259 | Appellant's Memorandum in Support of Qualifying Andrew William Mulkerin as Expert Witness and Submitting Expert Reports | 3/21/2025 |
| 264 | Objection to Memorandum in Support of Qualifying Andrew William Mulkerin as Expert Witness | 3/24/2025 |
| 268 | Exhibit (Expert Critique of the Tucker & Meltzer Valuation Report) | 3/25/2025 |
| 269 | Exhibit (Curriculum Vitae of Andrew William Mulkerin) | 3/25/2025 |
| 270 | Order re: Andrew William Mulkerin's Expert Testimony | 3/25/2025 |
| 271 | Proceeding Memo for Hearing Scheduled on March 26, 2025 | 3/26/2025 |
| 276 | Proceeding Memo for Hearing Held on March 26, 2025 | 3/26/2025 |
| 290 | Proceeding Memo for Hearing Scheduled on April 3, 2025 | 4/3/2025 |
| 294 | Proceeding Memo for Hearing Held on April 3, 2025 | 4/4/2025 |
| 326 | Transcript of Testimony of Hearing Held on March 26, 2025 | 4/14/2025 |
| 327 | Transcript of Testimony of Hearing Held on April 3, 2025 | 4/14/2025 |
| 328 | Motion for Leave to File Rule 2004 Motion for Document Production | 4/15/2025 |
| 330 | Exhibit: Motion for Examination under Rule 2004 of Robert Chernicoff and Stephen Brauerman | 4/15/2025 |
| 331 | Order Denying Motion for Leave to File Rule 2004 Motion for Document Production | 4/16/2025 |
| 336 | Trustee's Brief in Support of Motion to Compromise | 4/21/2025 |

[2] Appellant also designates the complete transcripts of the March 20, 2025 and July 15, 2026 status conferences associated with ECF Nos. 255 and 827, respectively. Said transcript has not yet been produced but has been ordered pursuant to Fed. R. Bankr. P. 8009(b)(1).

| ECF No. | Abbreviated Description of Item Designated | Date Filed[1] |
|---|---|---|
| 339 | Debtor's Post Hearing Brief in Opposition to Trustee's Motion to Compromise Claim | 4/22/2025 |
| 394 | Supplemental Declaration and Updated Budget in Support of Motion to Compel Distributions and Motion to Release Escrow and Request for Judicial Notice, including all filed attachments and specifically Exhibits G and H containing the November 2024 Atlas–Carr communications. | 05/22/2025 |
| 409 | Memorandum Opinion on Motion to Approve Compromise | 5/28/2025 |
| 410 | Conditional Order Granting Motion to Approve Compromise | 5/28/2025 |
| 411 | Formal Settlement Agreement, including the Trustee's Clarifying Statement at ECF No. 411-1 and all remaining filed attachments. | 5/28/2025 |
| 445 | Fully Executed Settlement Agreement | 6/2/2025 |
| 446 | Final Order Granting Motion to Approve Compromise, including its incorporation of the Clarifying Statement. | 6/3/2025 |
| 450 | Motion to Clarify and Compel Filing of Executed Settlement Agreement and to Confirm Compliance with May 28, 2025 Order | 6/11/2025 |
| 451 | Order Denying Motion to Clarify and Compel Filing of Executed Settlement Agreement and to Confirm Compliance with May 28, 2025 Order | 6/13/2025 |
| 490 | Proceeding Memo and complete docket entry for the July 1, 2025 hearing on ECF No. 191, recording withdrawal on the record with the Trustee's consent. | 07/01/2025 |
| 494 | Proceeding Memo and complete docket entry for the July 1, 2025 hearing on ECF No. 190, recording mootness following the interim-distribution ruling. | 07/01/2025 |
| 498 | Order Granting Motion for Approval of Interim Distribution to Debtor | 7/1/2025 |
| 510 | Appellant's Request for Clarification Regarding Settlement Agreement | 7/7/2025 |

| ECF No. | Abbreviated Description of Item Designated | Date Filed[1] |
|---|---|---|
| 515 | Andrew V. Papoutsis Irrevocable Trust's Answer to Document 510 | 7/14/2025 |
| 518 | Debtor's Motion Under Rule 2004 to Compel Document Production and to Toll or Clarify Contractual 120-Day Limitations Period Set Forth in Settlement Agreement | 7/14/2025 |
| 519 | Trustee's Objection to Debtor's Motion Under Rule 2004 | 7/15/2025 |
| 520 | Order That the Court Will Not Take Any Action with Respect to the Request for Clarification and the Answer Thereto | 7/16/2025 |
| 521 | Andrew V. Papoutsis Irrevocable Trust's Answer to Document 518 | 7/17/2025 |
| 595 | Proceeding Memo for Hearing Scheduled on 8/26/2025 | 8/26/2025 |
| 597 | August 26, 2025 Text Orders Submitted for Mailing | 8/26/2025 |
| 598 | Order Denying Motion to Convert Case to Chapter 13 | 8/27/2025 |
| 612 | Appellant's Request for Entry of Order or in the Alternative Motion to Clarify Record | 9/16/2025 |
| 617 | Trustee's Answer to Request for Entry of Order or Motion to Clarify Record | 9/23/2025 |
| 621 | Notice of Withdrawal of Request for Entry of Order or in the Alternative Motion to Clarify Record | 9/26/2025 |
| 623 | Order Approving Withdrawal of Request for Entry of Order or in the Alternative Motion to Clarify Record | 9/29/2025 |
| 632 | Motion to Authorize Partial Distribution to Allowed Creditors and to Defer Final Closing of Case Pending Resolution of Tax Matters | 10/28/2025 |
| 646 | Chapter 7 Trustee's Final Report | 11/14/2025 |
| 697 | Trustee's Amended Application for Allowance of Compensation & Expenses | 12/17/2025 |
| 704 | Amended Chapter 7 Trustee's Final Report | 12/29/2025 |
| 714 | Transcript of Testimony of Hearing Held February 4, 2025 | 1/2/2026 |
| 771 | Order Approving Allowances and Directing Payment of Court Costs and Denying Debtor's Objection | 2/10/2026 |

| ECF No. | Abbreviated Description of Item Designated | Date Filed[1] |
|---|---|---|
| 773 | Discharge of Debtor | 2/12/2026 |
| 778 | Irene Papoutsis Mulkerin's Notice of Appeal | 2/23/2026 |
| 791 | Original transcript entry for the February 10, 2026 hearing on the amended final report and compensation matters. The docket labels the hearing "2/10/2025"; revised transcript ECF No. 792 identifies February 10, 2026. | 03/17/2026 |
| 792 | Revised transcript of the February 10, 2026 hearing on the amended final report and compensation matters, in full. The transcript cover identifies 2026 notwithstanding the docket's "2/10/2025" label. | 03/17/2026 |
| 794 | Complete transcript of the July 1, 2025 hearing, including interim distribution, escrow, periodic distributions, and special-counsel fees, with all testimony, objections, rulings, and oral findings. | 04/02/2026 |
| 795 | Transcript of Testimony of Hearing Held 8/26/2025 | 4/2/2026 |
| 801 | Transcript of Testimony of Hearing Held 5/29/2025 | 4/6/2026 |
| 805 | Order Dismissing Appeal | 5/5/2026 |
| 806 | Motion to Clarify or, in the Alternative, Modify Order Granting Motion to Approve Compromise under Rule 60(b). | 5/27/2026 |
| 808 | Trustee's Objection to Debtor's Motion for Relief from Judgment or Order | 6/5/2026 |
| 809 | Joinder of Andrew V. Papoutsis Irrevocable Trust in the Trustee's Objection to Debtor's Motion for Relief from Judgment or Order | 6/5/2026 |
| 811 | Motion to Continue Hearing on Motion to Clarify | 6/12/2026 |
| 816 | Order Granting Motion to Continue Hearing on Motion to Clarify | 6/18/2026 |
| 824 | Order Setting Status Conference | 6/30/2026 |
| 827 | Proceeding Memo for Hearing Scheduled on 7/15/2026 | 7/15/2026 |
| 828 | Order Denying Motion for Relief from Judgment or Order | 9/17/2026 |

| ECF No. | Abbreviated Description of Item Designated | Date Filed[1] |
|---|---|---|
| 832 | Notice of Appeal of Order Denying Motion for Relief from Judgment or Order | 9/30/2026 |
| 833 | Serving the Notice of Appeal | 10/1/2026 |
| 834 | Transmittal of Notice of Appeal to Civil Action | 10/1/2026 |

## II. Statement of Issues on Appeal.

The issues concern the September 17, 2026 Order at ECF No. 828 denying Appellant's Motion to Clarify Order Granting Motion to Approve Compromise or, in the Alternative, to Modify Order Granting Motion to Approve Compromise (ECF No. 806, the "Motion"), including its alternative grounds under Rule 60(b)(3) and Rule 60(b)(4), and are:

1. Whether the Bankruptcy Court erred in denying the Motion based on the prohibition on advisory opinions where there is an existing dispute among the parties and where the language of the Order warrants clarification.
2. Whether the Court erred by denying the Motion based on its failure to distinguish between the cause of action regarding the spendthrift trust to which the Trustee succeeded and the spendthrift trust itself where Debtor did not voluntarily elect to include the spendthrift trust in the estate.
3. Whether the Court erred in rejecting or failing to consider whether the Court had the authority to extinguish Appellant's interest in the spendthrift trust.

4. Whether the Court erred in finding that the Motion was untimely where, under the circumstances of the instant litigation, the Motion was filed within a reasonable time.

5. Whether the Bankruptcy Court erred by denying the Motion based upon the application of the standard for alleged fraud under Fed. R. Civ. P. 60(b)(3), failing to address alleged misrepresentations in the clarifying statement, and concluding that Appellant had an opportunity for full and fair presentation of her case where the Motion asserted that the Final Order was the result of misconduct rather than fraud. This includes the Rule 60(b)(3) grounds asserted in paragraphs 78–108 of the Motion, including the alleged disclosure and use of confidential information and breaches of professional and fiduciary duties, and challenge the Court's alternative conclusions concerning full and fair presentation, materiality, and diligence.

6. Whether the Bankruptcy Court erred by denying the Motion based upon the Bankruptcy Court's previous application of 11 U.S.C. § 327(e), and concluding Appellant had a full and fair opportunity for presentation, where the Motion asserted violations of the Pennsylvania Rules of Professional Conduct in the form of an unwaivable conflict between the Bankruptcy Trustee's appointee and the Debtor, to her material prejudice. This includes the Rule 60(b)(3) grounds asserted in paragraphs 78–108 of the Motion,

including the alleged disclosure and use of confidential information and breaches of professional and fiduciary duties, and challenge the Court's alternative conclusions concerning full and fair presentation, materiality, and diligence.

Respectfully submitted,

Dated: October 14, 2026

**TUCKER ARENSBERG, P.C.**

*/s/ Kevin L. Hall*______________________
Kevin L. Hall, PA ID No. 311826
300 Corporate Center Drive, Suite 200
Camp Hill, PA 17011
(717) 234-4121
khall@tuckerlaw.com

*Counsel for Debtor Irene Papoutsis Mulkerin*

TADMS:21845635-1:044295-208509

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on October 14, 2026, a true and correct copy of the Designation of Record and Statement of Issues on Appeal filed by Irene Papoutsis Mulkerin, was served on all parties requesting electronic notice via the Court's CM/ECF System.

*/s/ Kevin L. Hall*
Kevin L. Hall, Esquire