**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

# TRANSCRIPT ORDER FORM FOR APPEALS

(File this form on the related case docket)

Ordering Party's Name: Irene Papoutsis Mulkerin Attorney Bar # 311826

Law Firm: Tucker Arensberg, P.C.

Mailing Address: 300 Corporate Center Drive, Suite 200, Camp Hill, PA 17011

Person to Contact: Kevin L. Hall, Esquire

Telephone: 717-221-7953 Email: mconnor@tuckerlaw.com

---

Bankruptcy Case #: 1:24-bk-03264 Adversary Proceeding #: **Enter text**

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): March 20, 2025

Time: 1:00 p.m.

Debtor: Irene Papoutsis Mulkerin

Adversary Proceeding Name:

Hearing Judge: Judge Van Eck

Hearing Location: Harrisburg

---

**Transcript Type:** **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

| | |
|---|---|
| ☐Ordinary (30 days) | ☒Entire Hearing |
| ☒14 days | ☐Ruling/Opinion of Judge only |
| ☐Expedited (7 days) | ☐Testimony of Witness **Enter text** *(name of witness)* |
| ☐Daily (24 hours) | ☐Other* |

* Special Instructions: **Enter text**

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. Transcription rates are set by the Judicial Conference and are located here: Maximum Transcript Rates.