# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

## TRANSCRIPT ORDER FORM FOR APPEALS

(File this form on the related case docket)

Ordering Party's Name: Irene Papoutsis Mulkerin Attorney Bar # 311826

Law Firm: Tucker Arensberg, P.C.

Mailing Address: 300 Corporate Center Drive, Suite 200, Camp Hill, PA 17011

Person to Contact: Kevin L. Hall, Esquire

Telephone: 717-221-7953 Email: mconnor@tuckerlaw.com

---

Bankruptcy Case #: 1:24-bk-03264 Adversary Proceeding #: **Enter text**

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): July 15, 2026

Time: 9:30 a.m.

Debtor: Irene Papoutsis Mulkerin

Adversary Proceeding Name:

Hearing Judge: Patricia M. Mayer

Hearing Location: Harrisburg

---

**Transcript Type:** **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

☐Ordinary (30 days) ☒Entire Hearing
☒14 days ☐Ruling/Opinion of Judge only
☐Expedited (7 days) ☐Testimony of Witness **Enter text** *(name of witness)*
☐Daily (24 hours) ☐Other*

* Special Instructions: **Enter text**

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. Transcription rates are set by the Judicial Conference and are located here: Maximum Transcript Rates.